MORRIS H. SIEGEL, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Argued June 10, 1941; decided July 29, 1941.

*Max J. Rubin, Frank E. Karelsen, Jr., Frederick Baum* and *Lawrence S. Timen* for appellant.

*Merwin F. LeVine, Solon Weit, Benjamin Paul Goldman* and *Joseph Joblin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.